THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* EUGENE EARL FRED, Defendant-Appellant.

(No. 11873; )

Fourth District—October 25, 1972.

Opinion by Mr. JUSTICE SIMKINS.

Kenneth L. Gillis, of Defender Project, of Chicago, for appellant.

No appearance for the People.

OMER DOCKSTADER, Plaintiff-Appellee, *v.* B. EMMET HARTNETT *et al.*, Defendants-Appellants.

(No. 54605; )

First District—October 6, 1972.

Richard L. Curry, Corporation Counsel, of Chicago, (William R. Quinlan and Howard C. Goldman, Assistant Corporation Counsel, of counsel,) for appellants.

Maurice J. Nathanson, of Chicago, (Ronald S. Cope, of counsel,) for appellee.